

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00924-CV

**IN RE ESTATE OF** William H. **MCNUTT**, Deceased

From the County Court, Kimble County, Texas
Trial Court No. 2,284
Honorable Joe Loving, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for a new trial on the theory of whether William H. McNutt made an oral gift to Sherry D. McNutt of the house and an appropriate amount of acreage for the full use and enjoyment of the house. Costs of the appeal are taxed against the parties who incurred them.

SIGNED May 22, 2013.

Catherine Stone, Chief Justice